SCANNED

2:08-CR-212-P-S

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2008 NOV 20 P 1: 11

DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Crim. No. 08- |
| v. | ) (18 U.S.C. § 2422(b)) |
| | ) |
| MICHAEL A. BERK | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

Between about August 2, 2008 and about August 22, 2008, in the District of Maine

MICHAEL A. BERK

did use a facility of interstate or foreign commerce, namely the Internet, to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense, and did attempt to do so.

All in violation of Title 18 United States Code Section 2422(b).

Scanned by: ____
Folder Location: Thurs
File Name: 25 CR 212
Names of Attachments, if any: ____

## COUNT 2

On about August 28, 2008, in the District of Maine

MICHAEL A. BERK

did use a facility of interstate or foreign commerce, namely the Internet, to knowingly persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which a person could be charged with a criminal offense, and did attempt to do so.

All in violation of Title 18 United States Code Section 2422(b).

A TRUE BILL,

Signature redacted - Original on file

( FOREPERSON )

_____
Assistant United States Attorney

Date: November 20, 2008