UNITED STATES DISTRICT COURT
District of Maine

| MICHAEL BERK, | ) | |
|---|---|---|
| Movant | ) | |
| v. | ) | No. 2:08-cr-00212-GZS |
| | ) | 2:13-cv-00061-GZS |
| UNITED STATES, | ) | |
| Respondent | ) | |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on October 17, 2013, her Recommended Decision (ECF No. 167). Movant filed his Objection to the Recommended Decision (ECF No. 184) on February 28, 2014. Respondent filed its Response to Movant's Objection to the Recommended Decision (ECF No. 187) on March 25, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Movant's 28 U.S.C. § 2255 Motion (ECF No. 151) is **DENIED**.

3. It is hereby **ORDERED** that no certificate of appealibility shall issue because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

4. It is hereby **ORDERED** that Petitioner's Motion for Leave to file Amended Petition (ECF No. 183) is **DENIED**.

/s/George Z. Singal
U.S. District Judge

Dated this 27th day of March, 2014.